# EXHIBIT 2

BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384                                    CONTACT US

WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT



## Rolex

Rolex, a brand synonymous with luxury, precision, and craftsmanship, has been producing exceptional timepieces since its inception in 1905. With a diverse range of models and materials, designed for various purposes and lifestyles, Rolex watches have become a symbol of success, prestige, and reliability. Explore some of the most iconic Rolex models, including the Datejust, Day-Date, Daytona, Explorer, GMT Master II, Oyster Perpetual, Sky-Dweller,



Submariner, and Yacht-Master.



Rolex Daytona    Rolex Day-Date    Rolex Datejust    Rolex Oyster Perpetual    Rolex GMT-Master II







WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT







ROLEX

Rolex Sky-Dweller 336934 Stainless Steel Blue Dial Oyster (2024)

$23,550

ROLEX

Rolex Datejust 279175 'Ladies' Rose Gold Olive Diamond Dial (2025)

$39,900

ROLEX

Rolex Yacht-Master 226659 White Gold Black Dial (2022)

$27,900














## WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT







ROLEX

Rolex Sky-Dweller 336934 Stainless Steel White Dial Jubilee (2024)

$22,800

ROLEX

Rolex Daytona Artisans De Genève Stainless Steel Full Lume Dial And Bezel

$120,000

ROLEX

Rolex Daytona Artisans De Genève "Poetry Of Lights" Rose Gold Emeralds

$235,000



# WRIST AFICIONADO

NEW ARRIVALS     BRANDS     COLLECTIONS     FIND & SELL     BOUTIQUES     ABOUT









ROLEX

Rolex Daytona Artisans De Genève Yellow
Gold Full Lume Dial And Bezel

$183,000

ROLEX

Rolex GMT-Master II 126710BLNR 'Batgirl'
Stainless Steel Jubilee (2024)

$18,100

ROLEX

Rolex GMT-Master II 126720VTNR 'Sprite'
Lefty Stainless Steel Oyster (2022)

$17,700



# WRIST AFICIONADO

NEW ARRIVALS     BRANDS     COLLECTIONS     FIND & SELL     BOUTIQUES     ABOUT



ROLEX

**Rolex Submariner Date 16610LV 'Kermit' Bezel Stainless Steel Black Dial Oyster (2008)**

$14,500

ROLEX

**Rolex Datejust 126233 Yellow Gold Stainless Steel White Roman Dial Jubilee (2025)**

$18,200

ROLEX

**Rolex Daytona 126515LN Rose Gold Black Dial (2024)**

$43,500



## WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT







ROLEX

ROLEX

ROLEX

Rolex Submariner 124060 Stainless Steel
Black Dial (2022)

$12,500

Rolex Daytona 116500LN Stainless Steel Black
Dial (2023)

$27,400

Rolex Daytona 116500LN Stainless Steel
White Panda Dial (2021)

$31,200

 wristaficionado.com/collections/rolex

Aderant Expert    Gibney Support    Gibney Intranet    ProofPoint Essential...    Zoom    Paycom    Robin    Gibney, Anthony &...

# WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT



ROLEX

**Rolex Daytona 126503 Yellow Gold Stainless Steel Champagne Dial**

$25,400

ROLEX

**Rolex Datejust 126333 Yellow Gold Stainless Steel Wimbledon Slate Dial Oyster (2023)**

$15,200

ROLEX

**Rolex Submariner Date 116610LN Stainless Steel Aftermarket Custom Made Pink Dial And Bezel (2015)**

$15,300

## WRIST AFICIONADO

NEW ARRIVALS   BRANDS   COLLECTIONS   FIND & SELL   BOUTIQUES   ABOUT



ROLEX

**Rolex Yacht-Master 226658 Yellow Gold Oysterflex (2023)**

$31,900

ROLEX

**Rolex Day-Date 128396TBR Platinum Pink Opal Diamond Dial And Bezel (2023)**

$105,000

ROLEX

**Rolex Submariner Date 116618LB Yellow Gold Blue Diamond Dial (2018)**

$45,500



Rolex Yacht-Master 126622 Stainless Steel Blue Dial (2020)

$14,300

Rolex Daytona 116519LN White Gold Steel And Black Dial Oysterflex (2022)

$41,480

Rolex Daytona 116500LN Stainless Steel White Panda Dial (2018)

$29,700





ROLEX

**Rolex Sky-Dweller 336938 Yellow Gold Black Dial**

$55,900



ROLEX

**Rolex Daytona 126503 Yellow Gold Stainless Steel White Dial (2024)**

$26,900



ROLEX

**Rolex Daytona 126506 Platinum Ice Blue Dial**

$109,000

WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT







ROLEX

ROLEX

ROLEX

Rolex Datejust 126300 Stainless Steel Black Dial Oyster (2022)

$9,500

Rolex GMT-Master II 126711CHNR 'Root Beer' Rose Gold Stainless Black Dial (2020)

$18,690

Rolex Day-Date 228238 Yellow Gold Black Diagonal Motif Dial

$43,990



WRIST AFICIONADO

NEW ARRIVALS     BRANDS     COLLECTIONS     FIND & SELL     BOUTIQUES     ABOUT

ROLEX

**Rolex GMT-Master II 126711CHNR 'Root Beer'
Rose Gold Stainless Black Dial (2021)**

$18,990

ROLEX

**Rolex Daytona 116500LN Stainless Steel
White Panda Dial (2023)**

$31,000

ROLEX

**Rolex Day-Date 228345RBR Rose Gold
Diamond Bezel Slate Ombre Dial**

$75,800






WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT







ROLEX

ROLEX

ROLEX

Rolex Day-Date 228238 Yellow Gold Green Roman Numerals Dial (2022)

Rolex GMT-Master II 126710BLRO 'Pepsi' Stainless Steel Black Dial Jubilee (2019)

Rolex Explorer 124270 Stainless Steel Black Dial (2023)

$57,000

$20,700

$8,280



ROLEX

Rolex Sky-Dweller 336933 Stainless Steel Yellow Gold Jubilee Champagne Dial (2025)

$25,300

ROLEX

Rolex Datejust 126334 Stainless Steel Green Dial Jubilee (2024)

$17,500

ROLEX

Rolex Sky-Dweller 326238 Yellow Gold Champagne Dial Rubber Strap (2022)

$37,100



WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT



ROLEX

**Rolex Sky-Dweller 326934 Stainless Steel Blue Dial Oyster (2022)**

$20,945



ROLEX

**Rolex Daytona 16520 Stainless Steel Black Patrizzi Dial Zenith**

$49,000



ROLEX

**Rolex Day-Date Reference 228235 Rose Gold Chocolate Dial (2024)**

$52,200



WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

ROLEX

**Rolex Datejust 126334 Stainless Steel White Dial Jubilee (2024)**

$14,700

ROLEX

**Rolex Sky-Dweller 336934 Stainless Steel Black Dial Oyster (2024)**

$22,800

ROLEX

**Rolex Daytona 116505 Rose Gold Chocolate Brown Dial (2023)**

$49,800



WRIST AFICIONADO

NEW ARRIVALS     BRANDS     COLLECTIONS     FIND & SELL     BOUTIQUES     ABOUT







ROLEX

ROLEX

ROLEX

Rolex Day-Date 228238 Yellow Gold
Champagne Roman Dial (2020)

Rolex Submariner Date 116610LN Stainless
Steel Black Dial (2018)

Rolex Yacht-Master 116655 Rose Gold Pave
Diamond Dial (2020)

$44,000

$12,300

$48,000



# WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

ROLEX

**Rolex GMT-Master II 126711CHNR 'Root Beer' Rose Gold Stainless Black Dial (2022)**

$19,395

ROLEX

**Rolex Daytona 116520 Stainless Steel Black Dial (2002)**

$24,395



ROLEX

**Rolex Datejust 116233 Yellow Gold Stainless Steel White Roman Dial Jubilee**

$11,900











ROLEX

Rolex Datejust 278384RBR 'Ladies' Stainless
Steel Diamond Bezel Violet Roman Dial
Jubilee

$24,400

ROLEX

Rolex Datejust 126331 Rose Gold Stainless
Steel Sundust Dial Jubilee (2021)

$15,800

ROLEX

Rolex Datejust 126231 Rose Gold Stainless
Steel Black Diamond Dial

$17,800

ROLEX

Rolex Datejust 278384RBR 'Ladies' Stainless Steel Diamond Bezel Violet Roman Dial Jubilee

$24,400

ROLEX

Rolex Datejust 126331 Rose Gold Stainless Steel Sundust Dial Jubilee (2021)

$15,800

ROLEX

Rolex Datejust 126231 Rose Gold Stainless Steel Black Diamond Dial

$17,800

You've viewed 54 of 714 products

**LOAD MORE**



## About Rolex

## Rolex Watches — Timeless Prestige and Precision

**Rolex is the ultimate symbol of luxury, achievement, and reliability, renowned for its exceptional craftsmanship and enduring designs.** Since 1905, the brand has set the standard for precision and innovation, creating timepieces that perform in the most extreme conditions while maintaining unparalleled elegance. Whether at the summit of Everest or in the depths of the ocean, Rolex watches are trusted companions for explorers, athletes, and visionaries.

Each Rolex collection embodies a unique purpose, from professional tool watches to elegant dress timepieces. With iconic designs and advanced functionality, Rolex offers something extraordinary for every collector.

## Explore Rolex's Iconic Model Families

### Daytona

The **Daytona** is a motorsport legend, celebrated for its sleek chronograph design and precision engineering. Popular references include the **126500LN** with a ceramic bezel, the luxurious **126529LN** featuring a meteorite dial, and the bold **116508** in yellow gold with a green dial.

### Submariner



## Submariner

The **Submariner** is the ultimate dive watch, renowned for its robust build and timeless style. Key models include the versatile **126610LN** with its black ceramic bezel, the minimalist **124060** without a date function, and the striking **126619LB** in white gold with a blue bezel.

## GMT-Master II

The **GMT-Master II** offers dual time zones and vibrant bezel designs, perfect for travelers. Highlights include the classic **126710BLRO** ("Pepsi") with a red-and-blue bezel, the unique **126720VTNR** ("Sprite") with a green-and-black bezel for left-hand wearers, and the two-tone **126711CHNR** ("Root Beer") in rose gold and steel.

## Day-Date

Known as the "President's Watch," the **Day-Date** is a symbol of prestige and power. Standout models include the classic **228238** in yellow gold with a champagne dial, the exquisite **228396TBR** in platinum with a diamond-set bezel, and the refined **128239** in white gold with a silver dial.

## Datejust

The **Datejust** combines timeless versatility with modern sophistication. Notable references include the **126334** in steel and white gold with a blue dial, the sleek **126200** in stainless steel with a white dial, and the elegant **279171** Lady-Datejust in rose gold and steel.



## Yacht-Master

Nautical-inspired and luxurious, the **Yacht-Master** is designed for life on and off the water. Key references include the sporty **126622** in steel and platinum with a blue dial, the bold **226659** in white gold with a black ceramic bezel, and the versatile **268622** with a rhodium dial.

## Sky-Dweller

The **Sky-Dweller** is Rolex's most complex watch, featuring an annual calendar and dual time zones. Popular models include the **326934** in steel and white gold with a blue dial, the opulent **326935** in rose gold with a chocolate dial, and the versatile **326933** in yellow gold and steel with a champagne dial.

## Explorer

The **Explorer** is built for adventure, combining rugged durability with minimalist design. Notable references include the classic **124270** in 36mm, the robust **226570** Explorer II with a Polar white dial and orange GMT hand, and the modern **214270** in 39mm.

Other Rolex models include the **Air King**, **Oyster Perpetual**, **Sea-Dweller**, and **Milgauss**.

Check out our various Rolex material options: **Yellow Gold**, **Rose Gold**, **White Gold**, **Platinum**, **Stainless Steel**, and **Two-Tone**.

At Wrist Aficionado, we curate an exclusive selection of Rolex watches, including sought-after models like the Daytona and Submariner. Whether you're a seasoned collector or seeking a timepiece that reflects timeless elegance, our collection offers



WRIST AFICIONADO

NEW ARRIVALS     BRANDS     COLLECTIONS     FIND & SELL     BOUTIQUES     ABOUT

At Wrist Aficionado, we curate an exclusive selection of Rolex watches, including sought-after models like the Daytona and Submariner. Whether you're a seasoned collector or seeking a timepiece that reflects timeless elegance, our collection offers something extraordinary. Explore our inventory and discover the enduring legacy of Rolex.

## FAQ

### Why are Rolex watches so expensive?

Due to the high level of craftsmanship, the use of premium materials, and the brand's lengthy history in the luxury watch sector, Rolex watches are pricey. Each Rolex watch is painstakingly manufactured by expert craftsmen using a difficult design, assembly, and testing process. The best materials, including 18k gold, platinum, and diamonds, were utilized in their manufacture, which raised the price. The perceived value of Rolex watches is increased by the brand's illustrious past and solid reputation for quality and longevity.

### How long do Rolex watches last?

Rolex watches are made to last a lifetime with the right upkeep and care. They are renowned for their dependability and robustness. A Rolex watch may keep correct time and retain its value for decades with regular maintenance, which is advised every 5 to 10 years depending on the model and usage. Rolex watches might be a wise purchase because some of them have even been known to appreciate in value over time.

### How do you wind a Rolex watch?

Because of the wearer's wrist's natural motion, Rolex watches are automatic or self-winding, meaning they wound themselves while worn. The watch can be wound manually if it hasn't been worn for a few days and has stopped. To accomplish this, turn



WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

the crown around 30 to 40 times clockwise after unscrewing it to the winding position. If worn frequently after that, the watch ought to function normally.

### Are Rolex watches waterproof?

Some Rolex watches are rated for depths of up to 300 meters, or even 3900 meters in the case of the Rolex Deepsea. Rolex watches are made to withstand water exposure. It's crucial to understand that a watch's water resistance does not guarantee that it can be used continuously underwater or in harsh environments without risk of harm. Over time, normal wear and tear as well as gasket age can reduce a watch's water resistance.

### Are Rolex watches unisex?

Many of the watches Rolex sells may be worn by both men and women and come in a variety of sizes and styles. The decision to wear a particular watch is mostly a matter of personal preference, even though some models are customarily linked with a specific gender. In recent years, it has become more common for women to wear larger watches and for men to wear smaller models.

### Can Rolex watches be engraved?

Yes, Rolex watches can be engraved, but it is advised that the engraving be carried out by a specialist to prevent the watch from being harmed. A Rolex can be personalized or used as a method to remember a significant event by having it engraved. However, it's significant to remember that engraving a Rolex can possibly have an impact on its market worth.

### How do you set the time on a Rolex watch?

A Rolex watch's crown must be unscrewed and then pulled out to the proper setting in order to set the time. The time is then adjusted by rotating the crown. The crown is put back in and screwed down after the correct time has been set to maintain



WRIST AFICIONADO

NEW ARRIVALS     BRANDS     COLLECTIONS     FIND & SELL     BOUTIQUES     ABOUT

the watch's water resistance.

**How often should a Rolex be serviced?**

Depending on the model and how it is worn, Rolex advises servicing their watches every five to ten years. To ensure the functionality and lifespan of the watch, regular servicing is essential. The watch is completely examined, cleaned, oiled, and any essential parts are replaced during a service.

**Can you wear a Rolex watch in the shower?**

Despite the fact that Rolex watches are water-resistant, it is generally not a good idea to wear them while taking a shower. Over time, heat, steam, and soap or shampoo can cause the waterproof seals on the watch to deteriorate, possibly allowing water to enter into the watch mechanism. This can cause the watch to need expensive repairs or get damaged.

**How can you tell if a Rolex is real?**

There may be various processes involved in figuring out if a Rolex is authentic. Since genuine Rolex watches are expertly made, any indications of subpar craftsmanship, such as incorrectly aligned branding or spelling mistakes, can be a warning sign. Real Rolex watches also have distinctive serial and model numbers that may be checked. Additionally, the self-winding mechanism found in Rolex watches should produce a second hand that glides rather than tick-tocks. However, buying from a trustworthy retailer or having the watch validated by a reliable authority are the best ways to make sure you are purchasing an actual Rolex.




BOOK AN APPOINTMENT     SHOP JEWELRY & BAGS     (646) 693-9384     CONTACT US

WRIST AFICIONADO

NEW ARRIVALS     BRANDS     COLLECTIONS     FIND & SELL     BOUTIQUES     ABOUT



## 100% Certified Authentic

All watches sold by Wrist Aficionado are guaranteed to be 100% authentic. We are NOT an authorized retailer due to the highly limited nature of the items and brands we carry. We hand select only the most desirable pieces from a network of trusted vendors and clients who deal directly with the original manufacturers and retail boutiques. On top of this, every watch





highly limited nature of the items and brands we carry. We hand select only the most desirable pieces from a network of trusted vendors and clients who deal directly with the original manufacturers and retail boutiques. On top of this, every watch that we offer goes through a meticulous authentication process by a highly-trained watchmaker to ensure that it is in proper working order and uses all original parts that match the serial number on the original documentation.

In the interest of ensuring the trust and safety of our clients, we will gladly authenticate any pieces you have purchased from other retailers as well. This complimentary evaluation is available at any one of our three physical boutiques — NYC, Beverly Hills, and Miami.

## Warranty

New and pre-owned watches purchased from Wrist Aficionado are covered by either our complimentary 1 year warranty or the remainder of the original manufacturer warranty on the watch. Our warranty covers manufacturing defects that impact the mechanical function of the watch. We do NOT cover cosmetic defects, normal wear and tear, loss, theft, or damage as a result of misuse, water damage, etc. Any third party service or modification completed after purchase will render this warranty null and void. Eligibility to process a warranty claim is determined at our sole discretion. Due to the nature of vintage watches and availability of parts, we cannot offer our warranty for vintage pieces.

## Concierge Service

Wrist Aficionado is dedicated to offering the highest level of service available. Owning your next timepiece begins with a simple inquiry — via boutique visit, call, text, email, or even Instagram message. From there, one of our concierges will guide





you through the process of selecting your next timepiece. Whether owning your dream watch simply involves browsing our impressive selection in-store or tracking it down via our global network of trusted collectors, we will make it happen.

Obtaining the unobtainable has never been so easy.

**OUR LOCATIONS**

**New York Location**
19 E 62nd St.
New York, NY 10065
646-693-9384
Open Monday - Friday
10 AM - 6 PM

**Miami Location**
Setai Hotel Miami Beach
2001 Collins Ave

**INFORMATION**

About Us
Contact Us
Our Team
Media Enquiries
Press
Sell Your Watch

**OUR POLICIES**

Shipping
Privacy Policy
Cookie Policy
Authenticity Guarantee
Accessibility
Refund Policy

**COLLECTIONS**

Patek Philippe Nautilus
Rolex Daytona
Audemars Piguet Royal Oak
Men's Watches
Women's Watches
Most Popular Models






NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT





**Rolex Submariner Date 116610LN Stainless Steel Aftermarket Custom Made Pink Dial And Bezel (2015)**

$15,300

**Rolex Submariner Date 116610LN Stainless Steel With Aftermarket Custom Made Pink Dial (2019)**

$15,900

You've viewed 2 of 2 products



Home > Rolex Submariner Date 116610LN Stainless Steel Aftermarket Custom Made Pink Dial and Bezel (2015)



# Rolex Submariner Date 116610LN Stainless Steel Aftermarket Custom Made Pink Dial and Bezel (2015)

## $15,300.00

By Rolex

**ADD TO CART**

**MAKE AN OFFER**                **SELL OR TRADE**

BOUTIQUES IN **NYC**, **MIAMI** & **BEVERLY HILLS**

100% CERTIFIED AUTHENTIC







## WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

WRIST AFICIONADO WARRANTY

Source Your Dream Watch  |  WhatsApp  |  Call Us

The Rolex Submariner Date 116610LN is a renowned dive watch reimagined here with a distinctive aftermarket aesthetic. Originally crafted in stainless steel with a black ceramic bezel and black dial, this model has been customized to feature a bold pink dial and a matching pink bezel insert. These aftermarket modifications provide a fresh, unconventional take on the classic Submariner design, setting it apart from the traditional look while still retaining its robust construction and professional-grade performance.

The 40mm Oyster case and original Rolex automatic movement remain unchanged, ensuring the watch maintains its legendary reliability and precision. As a customized piece, this Submariner Date 116610LN with its pink enhancements offers a unique opportunity for collectors or enthusiasts who appreciate the blend of iconic Rolex craftsmanship and personalized style.

*This timepiece comes with the original dial and bezel.

Learn more                                                                    +















WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

**Learn more** —



The Rolex Submariner Date 116610LN, customized with an aftermarket pink dial and bezel, is a bold reimagining of one of Rolex's most iconic dive watches. Originally crafted in stainless steel, the 40mm case retains the robust and functional design of the Submariner collection, offering water resistance up to 300 meters. The addition of a vibrant pink dial and matching bezel transforms this timepiece into a striking statement piece, blending the legendary performance of the Submariner with an unconventional and eye-catching aesthetic.

The dial features luminous hour markers and Mercedes-style hands, ensuring excellent legibility in all lighting conditions. The pink unidirectional bezel, customized to match the dial, maintains the original 60-minute graduated scale for precise dive timing. The date function at 3 o'clock, enhanced by Rolex's signature Cyclops lens, remains a key feature of the model, offering practicality alongside the unique customization.

Powered by the in-house Caliber 3135, this Submariner delivers exceptional precision, durability, and a 48-hour power reserve. The movement's reliability is unchanged despite the custom modifications, ensuring the watch performs at the highest standards. Paired with the original stainless steel Oyster bracelet, this timepiece maintains its durability and versatility while showcasing an entirely new personality through its custom aesthetic.

This 2019 Rolex Submariner Date 116610LN with a custom pink dial and bezel is perfect for collectors and enthusiasts looking for a truly one-of-a-kind statement piece that merges the heritage of Rolex with personalized artistry.

| | |
|---|---|
| Reference number | 116610LN |
| Model | Submariner Date |
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Stainless Steel |
| Dial | Aftermarket Custom Made Pink |
| Case Diameter | 40mm |
| Year | 2015 |



# WRIST AFICIONADO

NEW ARRIVALS   BRANDS   COLLECTIONS   FIND & SELL   BOUTIQUES   ABOUT

| | |
|---|---|
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Stainless Steel |
| Dial | Aftermarket Custom Made Pink |
| Case Diameter | 40mm |
| Year | 2015 |
| Condition | Pre-Owned (Very Good) |
| Box & Papers | Original Box, Original Papers |













wristaficionado.com/products/rolex-submariner-date-116610ln-stainless-steel-with-aftermarket-custom-made-pink-dial-and-bezel-2015

Aderant Expert · Gibney Support · Gibney Intranet · ProofPoint Essential... · Zoom · Paycom · Robin · Gibney, Anthony &...










## WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

TRY IT ON

WRIST AFICIONADO WARRANTY

**Source Your Dream Watch**  |  **WhatsApp**  |  **Call Us**

The Rolex **Submariner** Date 116610LN is a renowned dive watch reimagined here with a distinctive aftermarket aesthetic. Originally crafted in stainless steel with a black ceramic bezel and black dial, this model has been customized to feature a bold pink dial and a matching pink bezel insert. These aftermarket modifications provide a fresh, unconventional take on the classic Submariner design, setting it apart from the traditional look while still retaining its robust construction and professional-grade performance.

The 40mm Oyster case and original Rolex automatic movement remain unchanged, ensuring the watch maintains its legendary reliability and precision. As a customized piece, this Submariner Date 116610LN with its pink enhancements offers a unique opportunity for collectors or enthusiasts who appreciate the blend of iconic Rolex craftsmanship and personalized style.

*This timepiece comes with the original dial and bezel.

Learn more                                                                    +



## WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

**Learn more**                                                        —

 

The Rolex Submariner Date 116610LN, customized with an aftermarket pink dial and bezel, is a bold reimagining of one of Rolex's most iconic dive watches. Originally crafted in stainless steel, the 40mm case retains the robust and functional design of the Submariner collection, offering water resistance up to 300 meters. The addition of a vibrant pink dial and matching bezel transforms this timepiece into a striking statement piece, blending the legendary performance of the Submariner with an unconventional and eye-catching aesthetic.

The dial features luminous hour markers and Mercedes-style hands, ensuring excellent legibility in all lighting conditions. The pink unidirectional bezel, customized to match the dial, maintains the original 60-minute graduated scale for precise dive timing. The date function at 3 o'clock, enhanced by Rolex's signature Cyclops lens, remains a key feature of the model, offering practicality alongside the unique customization.

Powered by the in-house Caliber 3135, this Submariner delivers exceptional precision, durability, and a 48-hour power reserve. The movement's reliability is unchanged despite the custom modifications, ensuring the watch performs at the highest standards. Paired with the original stainless steel Oyster bracelet, this timepiece maintains its durability and versatility while showcasing an entirely new personality through its custom aesthetic.

wristaficionado.com/products/rolex-submariner-date-116610ln-stainless-steel-with-aftermarket-custom-made-pink-dial

## WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

This Rolex Submariner Date 116610LN with a custom pink dial and bezel is perfect for collectors and enthusiasts looking for a truly one-of-a-kind statement piece that merges the heritage of Rolex with personalized artistry.

*This timepiece comes with the original dial and bezel.

| | |
|---|---|
| Reference number | 116610LN |
| Model | Submariner Date |
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Stainless Steel |
| Dial | Aftermarket Custom Made Pink |
| Case Diameter | 40mm |



WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

| | |
|---|---|
| Model | Submariner Date |
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Stainless Steel |
| Dial | Aftermarket Custom Made Pink |
| Case Diameter | 40mm |
| Year | 2019 |
| Condition | Pre-Owned (Very Good) |
| Box & Papers | Original Box, Original Papers |
























# Artisans de Geneve Montoya Platinum Challenge Rolex Daytona Is a New Collaborative Watch

**Wrist Aficionado** on February 8, 2021 | 3 min read

Share X 𝕆

‹ Previous article                    Back to Editorial                    Next Article ›



## WRIST AFICIONADO

NEW ARRIVALS     BRANDS     COLLECTIONS     FIND & SELL     BOUTIQUES     ABOUT



If you're not familiar with Juan Pablo Montoya, he is a Colombian champion racing driver who currently puts the pressure on in competition during the WhetherTech SportsCar Championship. He won the championship as recently as 2019. What you should also know about him is that he loves luxury watches.

In a way, the racing cars he drives and timepieces are quite similar. Both are mechanical machines that have to be finely-tuned in order to run efficiently and well. Just as he appreciated exemplary cars, he also enjoys luxury timepieces.

Recently, this racer teamed up with a bespoke atelier Artisans de Geneve. Together, they have collaborated on a new version of the Rolex Daytona they are dubbing the Montoya Platinum Challenge.



WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

Now, if you are unfamiliar with Juan Pablo Montoya, then you may not know that he already has other watches under his name out there. For this new timepiece, the focus is on his favorite watch of all, the iconic Rolex Daytona.

This particular Rolex Daytona is made with platinum, offering an exceptional look to it. Taking a closer look at it, you will find that it has a 40mm platinum case, which includes a Rolex 4130 caliber automatic movement. There is also a 72-hour power reserve. Additionally, something Juan Pablo Montoya will surely benefit from is the racing chronograph.

The atelier that this racer has collaborated with did quite a deep skeletonization of the Rolex Daytona used for this project. For one, there are the colors of the Colombian flag painted into the dial, showing off Montoya's proud heritage.

Additionally, you also get to take a look into the interior movement that is quite an extraordinary technical display. Everything becomes more enhanced thanks to the matte palladium finish on it.

It can be quite a bit to soak in when you first see the watch. However, you may find yourself becoming increasingly fond of it the more you peer into the fine aesthetic that artisans de Geneve has put into this watch.

The blue steel hands are also quite a nice touch, and match the theme of the watch, which focuses on high-performance auto racing that Montoya knows and loves as his profession. The carbon fiber bezel that includes a tachymeter scale is yet another testament to this.



## WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

While Montoya probably won't be needing this feature, this watch is also water-resistant up to 100 meters, which is standard for the Daytona. It's also got the basic functionality of the model it was customized from, meaning it shows the hours, minutes, and small seconds. Its chronograph has both 30-minute and 12-hour counters.

This is a luxury watch that is for people who like seeing the skeleton and bones of a timepiece. While this may not be everyone's thing, it definitely attracts some people who enjoy marveling at the incredibly intricate nature of luxury watches.

Using the Rolex Daytona Cosmograph ref. 116506 as its base, this 400mm platinum automatic watch is an excellent work of customization that deserves its day in the sun.

Share  X  

February 8, 2021 — **Wrist Aficionado**
Tagged: Rolex

‹ Previous Article          Back to Editorial          Next Article ›



# Rolex GMT-Master II 116710LN Pro Hunter "Stealth" Black-PVD Steel

**$26,500.00** ~~$29,000.00~~

By Rolex

**ADD TO BAG**

| MAKE AN OFFER | SELL OR TRADE |

BOUTIQUES IN **NYC**, **MIAMI** & **BEVERLY HILLS**

100% CERTIFIED AUTHENTIC

WRIST AFICIONADO WARRANTY



**MAKE AN OFFER**

**SELL OR TRADE**

BOUTIQUES IN <u>NYC</u>, <u>MIAMI</u> & <u>BEVERLY HILLS</u>

100% CERTIFIED AUTHENTIC

WRIST AFICIONADO WARRANTY

Source Your Dream Watch  |  WhatsApp  |  Call Us

The Rolex <u>GMT-Master II</u> 116710LN Pro Hunter "Stealth" is a bold reimagining of the classic GMT-Master II, designed for those who seek exclusivity and a distinctive aesthetic. This unique timepiece features a 40mm stainless steel case treated with a black PVD coating, lending it a sleek, understated "stealth" appearance.

The black dial is enhanced by luminous hour markers and Mercedes-style hands, ensuring visibility in any light condition. Its 24-hour black ceramic bezel provides dual time-zone functionality, making it a reliable companion for global travelers.

Fitted with a matching black-PVD-coated Oyster bracelet, the Pro Hunter "Stealth" maintains Rolex's commitment to durability and comfort. While this edition is an aftermarket customization, it retains the robust functionality and precision of the Caliber 3186 movement. The 116710LN Pro Hunter "Stealth" is a striking and rare variation of the GMT-Master II, appealing to collectors who value individuality and bold design.



The black dial is enhanced by luminous hour markers and Mercedes-style hands, ensuring visibility in any light condition. Its 24-hour black ceramic bezel provides dual time-zone functionality, making it a reliable companion for global travelers.

Fitted with a matching black-PVD-coated Oyster bracelet, the Pro Hunter "Stealth" maintains Rolex's commitment to durability and comfort. While this edition is an aftermarket customization, it retains the robust functionality and precision of the Caliber 3186 movement. The 116710LN Pro Hunter "Stealth" is a striking and rare variation of the GMT-Master II, appealing to collectors who value individuality and bold design.

| Learn more | + |
|---|---|

| Reference number | 116710LN |
|---|---|
| Model | GMT-Master II |
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Military NATO Strap |
| Dial | Black |
| Case Diameter | 40mm |

BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384    CONTACT US

| Bracelet Material | Military NATO Strap |
| --- | --- |
| Dial | Black |
| Case Diameter | 40mm |
| Year | 2008 |
| Condition | Like New & Unworn |
| Box & Papers | Original Box, Original Papers |



## 100% Authenticity Guarantee

All watches sold by Wrist Aficionado are guaranteed to be 100% authentic. We are not an authorized retailer. We hand select only the most desirable pieces from a network of trusted vendors and clients who deal directly with the original manufacturers and retail boutiques. On top of this, every watch that we offer goes through a



be 100% authentic. We are not an authorized retailer. We hand select only the most desirable pieces from a network of trusted vendors and clients who deal directly with the original manufacturers and retail boutiques. On top of this, every watch that we offer goes through a meticulous authentication process by a highly-trained watchmaker to ensure that it is in proper working order and uses all original parts that match the serial number on the original documentation.

## Warranty

New and pre-owned watches purchased from Wrist Aficionado are covered by either our complimentary 1 year warranty or the remainder of the original manufacturer warranty on the watch. Our warranty covers manufacturing defects that impact the mechanical function of the watch. We do NOT cover cosmetic defects, normal wear and tear, loss, theft, or damage as a result of misuse, water damage, etc. Any third party service or modification completed after purchase will render this warranty null and void. Eligibility to process a warranty claim is determined at our sole discretion. Due to the nature of vintage watches and availability of parts, we cannot offer our warranty for vintage pieces.



manufacturer warranty on the watch. Our warranty covers manufacturing defects that impact the mechanical function of the watch. We do NOT cover cosmetic defects, normal wear and tear, loss, theft, or damage as a result of misuse, water damage, etc. Any third party service or modification completed after purchase will render this warranty null and void. Eligibility to process a warranty claim is determined at our sole discretion. Due to the nature of vintage watches and availability of parts, we cannot offer our warranty for vintage pieces.



## Concierge Service

Wrist Aficionado is dedicated to offering the highest level of service available. Owning your next timepiece begins with a simple inquiry — via boutique visit, call, text, email, or even Instagram message. From there, one of our concierges will guide you through the process of selecting your next timepiece.

**Obtaining the unobtainable has never been so easy.**



YOU MIGHT ALSO LIKE



ROLEX

Rolex GMT-Master II
126720VTNR 'Sprite' Lefty
Stainless Steel Oyster (2023)

$16,100.00

ROLEX

Rolex GMT-Master II
126710BLRO 'Pepsi' Stainless
Steel Black Dial Jubilee

$22,790.00

ROLEX

Rolex GMT-Master II
126710BLNR 'Batman'
Stainless Steel Oyster (2021)

$16,680.00

ROLEX

Rolex GMT-Master II
126710BLNR 'Batman'
Stainless Steel Oyster (2024)

$18,200.00



## Our Boutiques



New York City →



Miami →



Beverly Hills →

BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384                    CONTACT US

GOOGLE REVIEWS



★ ★ ★ ★ ★

I recently got a gifted a beautiful item from
Wrist Aficionado. The item I was interested
in, initially wasn't in store but Client
advisor, Manuela found exactly what I
wanted and more. I was surprised with a
beautiful time piece. She has been an
absolute pleasure to work with. Her
passion, patience, knowledge and expertise
is phenomenal. I look forward to working
with her again!! -EJ

- Ebony J



## @wristaficionado

FOLLOW US ON INSTAGRAM









BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS  |  (646) 693-9384

CONTACT US

MAKE AN OFFER          SELL OR TRADE

BOUTIQUES IN NYC, MIAMI & BEVERLY HILLS

100% CERTIFIED AUTHENTIC

WRIST AFICIONADO WARRANTY

Source Your Dream Watch  |  ⊙ WhatsApp  |  Call Us

The Rolex Submariner Date 116610LN is a renowned dive watch reimagined here with a distinctive aftermarket aesthetic. Originally crafted in stainless steel with a black ceramic bezel and black dial, this model has been customized to feature a bold pink dial and a matching pink bezel insert. These aftermarket modifications provide a fresh, unconventional take on the classic Submariner design, setting it apart from the traditional look while still retaining its robust construction and professional-grade performance.

The 40mm Oyster case and original Rolex automatic movement remain unchanged, ensuring the watch maintains its legendary reliability and precision. As a customized piece, this Submariner Date 116610LN with its pink enhancements offers a unique opportunity for collectors or enthusiasts who appreciate the blend of iconic Rolex craftsmanship and personalized style.

*This timepiece comes with the original dial and bezel.

Learn more                                                    +

TRY IT ON







| | |
|---|---|
| Learn more | + |
| Reference number | 116610LN |
| Model | Submariner |
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Stainless Steel |
| Dial | Aftermarket Custom Made Pink |
| Case Diameter | 40mm |
| Year | 2019 |
| Condition | Pre-Owned (Very Good) |
| Box & Papers | Original Box, Original Papers |





BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384                    CONTACT US



## 100% Authenticity Guarantee

All watches sold by Wrist Aficionado are guaranteed to be 100% authentic. We are not an authorized retailer. We hand select only the most desirable pieces from a network of trusted vendors and clients who deal directly with the original manufacturers and retail boutiques. On top of this, every watch that we offer goes through a meticulous authentication process by a highly-trained watchmaker to ensure that it is in proper working order and uses all original parts that match the serial number on the original documentation.

## Warranty

New and pre-owned watches purchased from Wrist Aficionado are covered by either our complimentary 1 year warranty or the remainder of the original



| | | |
|---|---|---|
| PgUp | Nav | |
| PgDn | Mv Up | |
| Pause | Mv Dn | |
| ScrLk | Dock | |
| Help | Fade | |





BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384                                                    CONTACT US

## Warranty

New and pre-owned watches purchased from Wrist Aficionado are covered by either our complimentary 1 year warranty or the remainder of the original manufacturer warranty on the watch. Our warranty covers manufacturing defects that impact the mechanical function of the watch. We do NOT cover cosmetic defects, normal wear and tear, loss, theft, or damage as a result of misuse, water damage, etc. Any third party service or modification completed after purchase will render this warranty null and void. Eligibility to process a warranty claim is determined at our sole discretion. Due to the nature of vintage watches and availability of parts, we cannot offer our warranty for vintage pieces.





## Concierge Service

Wrist Aficionado is dedicated to offering the highest level of service available. Owning your next timepiece begins



## Concierge Service

Wrist Aficionado is dedicated to offering the highest level of service available. Owning your next timepiece begins with a simple inquiry — via boutique visit, call, text, email, or even Instagram message. From there, one of our concierges will guide you through the process of selecting your next timepiece.

**Obtaining the unobtainable has never been so easy.**

YOU MIGHT ALSO LIKE



Home  |  Rolex  |  Rolex Deepsea Sea-Dweller 116660 'Titan Black' Stainless Steel (2019)

Previous  Next

# Rolex Deepsea Sea-Dweller 116660 'Titan Black' Stainless Steel (2019)

## $18,000.00

By **Rolex**

**ADD TO BAG**

| MAKE AN OFFER | SELL OR TRADE |

⊙ BOUTIQUES IN **NYC**, **MIAMI** & **BEVERLY HILLS**

◎ 100% CERTIFIED AUTHENTIC

▣ WRIST AFICIONADO WARRANTY

📷 TRY IT ON



BOOK AN APPOINTMENT  |  SHOP JEWELRY & BAGS  |  (646) 693-9384    CONTACT US

MAKE AN OFFER

SELL OR TRADE

BOUTIQUES IN NYC, MIAMI & BEVERLY HILLS

100% CERTIFIED AUTHENTIC

WRIST AFICIONADO WARRANTY

Source Your Dream Watch  |  ⊙ WhatsApp  |  Call Us

The Rolex Deepsea Sea-Dweller 116660 'Titan Black' is a customized rendition of Rolex's renowned deep-diving timepiece, distinguished by its exclusive blacked-out aesthetic achieved through a PVD coating. This particular model is not an official Rolex release but rather an aftermarket modification by Titan Black, a company known for personalizing luxury watches. The PVD treatment imparts a sleek, matte black finish to the robust 44mm stainless steel case and Oyster bracelet, enhancing its stealthy appeal while maintaining the original watch's impressive water resistance of up to 3,900 meters.

For collectors, the 'Titan Black' edition offers a unique take on the classic Deepsea design, featuring the original black dial with luminescent hour markers and hands for optimal readability in low-light conditions. It's important to note that while the PVD coating adds a distinctive visual allure, such aftermarket modifications are not endorsed by Rolex and may affect the manufacturer's warranty. Nonetheless, the combination of Rolex's engineering prowess with Titan Black's bespoke finishing results in a timepiece that stands out for its individuality and bold design.

*This pre-owned watch is in excellent condition.

*This pre-owned watch is a special edition release from "Titan Black" with



aftermarket modifications are not endorsed by Rolex and may affect the manufacturer's warranty. Nonetheless, the combination of Rolex's engineering prowess with Titan Black's bespoke finishing results in a timepiece that stands out for its individuality and bold design.

*This pre-owned watch is in excellent condition.

*This pre-owned watch is a special edition release from "Titan Black" with custom aftermarket design features.

Learn more                                                                                  +

| Reference number | 116660 |
| --- | --- |
| Model | Sea-Dweller |
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Stainless Steel |
| Dial | Black |
| Case Diameter | 44mm |
| Year | 2019 |



BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384    CONTACT US



## 100% Authenticity Guarantee

All watches sold by Wrist Aficionado are guaranteed to be 100% authentic. We are not an authorized retailer. We hand select only the most desirable pieces from a network of trusted vendors and clients who deal directly with the original manufacturers and retail boutiques. On top of this, every watch that we offer goes through a meticulous authentication process by a highly-trained watchmaker to ensure that it is in proper working order and uses all original parts that match the serial number on the original documentation.

## Warranty

New and pre-owned watches purchased from Wrist Aficionado are covered by either our complimentary 1 year warranty or the remainder of the original





## Warranty

New and pre-owned watches purchased from Wrist Aficionado are covered by either our complimentary 1 year warranty or the remainder of the original manufacturer warranty on the watch. Our warranty covers manufacturing defects that impact the mechanical function of the watch. We do NOT cover cosmetic defects, normal wear and tear, loss, theft, or damage as a result of misuse, water damage, etc. Any third party service or modification completed after purchase will render this warranty null and void. Eligibility to process a warranty claim is determined at our sole discretion. Due to the nature of vintage watches and availability of parts, we cannot offer our warranty for vintage pieces.



## Concierge Service

Wrist Aficionado is dedicated to offering the highest level of service available. Owning your next timepiece begins with a simple inquiry — via boutique visit, call, text, email,





## Concierge Service

Wrist Aficionado is dedicated to offering the highest level of service available. Owning your next timepiece begins with a simple inquiry — via boutique visit, call, text, email, or even Instagram message. From there, one of our concierges will guide you through the process of selecting your next timepiece.

**Obtaining the unobtainable has never been so easy.**

YOU MIGHT ALSO LIKE





100% CERTIFIED AUTHENTIC

WRIST AFICIONADO WARRANTY

Source Your Dream Watch | WhatsApp | Call Us

The Rolex Submariner Date 116610LN is a renowned dive watch reimagined here with a distinctive aftermarket aesthetic. Originally crafted in stainless steel with a black ceramic bezel and black dial, this model has been customized to feature a bold pink dial and a matching pink bezel insert. These aftermarket modifications provide a fresh, unconventional take on the classic Submariner design, setting it apart from the traditional look while still retaining its robust construction and professional-grade performance.

The 40mm Oyster case and original Rolex automatic movement remain unchanged, ensuring the watch maintains its legendary reliability and precision. As a customized piece, this Submariner Date 116610LN with its pink enhancements offers a unique opportunity for collectors or enthusiasts who appreciate the blend of iconic Rolex craftsmanship and personalized style.

*This timepiece comes with the original dial and bezel.

Learn more +

Reference number | 116610LN

Model | Submariner



BOOK AN APPOINTMENT | SHOP JEWELRY & BAGS | (646) 693-9384                                                    CONTACT US



| Reference number | 116610LN |
| --- | --- |
| Model | Submariner |
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Stainless Steel |
| Dial | Aftermarket Custom Made Pink |
| Case Diameter | 40mm |
| Year | 2015 |
| Condition | Pre-Owned (Very Good) |
| Box & Papers | Original Box, Original Papers |















BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384                                    CONTACT US



## 100% Authenticity Guarantee

All watches sold by Wrist Aficionado are guaranteed to be 100% authentic. We are not an authorized retailer. We hand select only the most desirable pieces from a network of trusted vendors and clients who deal directly with the original manufacturers and retail boutiques. On top of this, every watch that we offer goes through a meticulous authentication process by a highly-trained watchmaker to ensure that it is in proper working order and uses all original parts that match the serial number on the original documentation.

## Warranty

New and pre-owned watches purchased from Wrist Aficionado are covered by either our complimentary 1 year warranty or the remainder of the original manufacturer warranty on the watch. Our warranty covers







BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384                    CONTACT US

## Warranty

New and pre-owned watches purchased from Wrist Aficionado are covered by either our complimentary 1 year warranty or the remainder of the original manufacturer warranty on the watch. Our warranty covers manufacturing defects that impact the mechanical function of the watch. We do NOT cover cosmetic defects, normal wear and tear, loss, theft, or damage as a result of misuse, water damage, etc. Any third party service or modification completed after purchase will render this warranty null and void. Eligibility to process a warranty claim is determined at our sole discretion. Due to the nature of vintage watches and availability of parts, we cannot offer our warranty for vintage pieces.



## Concierge Service

Wrist Aficionado is dedicated to offering the highest level of service available. Owning your next timepiece begins with a simple inquiry — via boutique visit, call, text, email,







## Concierge Service

Wrist Aficionado is dedicated to offering the highest level of service available. Owning your next timepiece begins with a simple inquiry — via boutique visit, call, text, email, or even Instagram message. From there, one of our concierges will guide you through the process of selecting your next timepiece.

**Obtaining the unobtainable has never been so easy.**

YOU MIGHT ALSO LIKE





BOUTIQUES IN **NYC**, **MIAMI** & **BEVERLY HILLS**

100% CERTIFIED AUTHENTIC

WRIST AFICIONADO WARRANTY

**Source Your Dream Watch**  |  **WhatsApp**  |  **Call Us**

The Rolex **Submariner** Date 116610LN is a renowned dive watch reimagined here with a distinctive aftermarket aesthetic. Originally crafted in stainless steel with a black ceramic bezel and black dial, this model has been customized to feature a bold blue dial and a matching blue bezel insert. These aftermarket modifications provide a fresh, unconventional take on the classic Submariner design, setting it apart from the traditional look while still retaining its robust construction and professional-grade performance.

The 40mm Oyster case and original Rolex automatic movement remain unchanged, ensuring the watch maintains its legendary reliability and precision. As a customized piece, this Submariner Date 116610LN with its blue enhancements offers a unique opportunity for collectors or enthusiasts who appreciate the blend of iconic Rolex craftsmanship and personalized style.

*This timepiece comes with the original dial and bezel.

Learn more                                                                            +

Reference number                                                          116610LN



| | |
|---|---|
| Reference number | 116610LN |
| Model | Submariner |
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Stainless Steel |
| Dial | Aftermarket Custom Made Blue |
| Case Diameter | 40mm |
| Year | 2016 |
| Condition | Like New & Unworn |
| Box & Papers | Original Box, Original Papers |



BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384    CONTACT US



## 100% Authenticity Guarantee

All watches sold by Wrist Aficionado are guaranteed to be 100% authentic. We are not an authorized retailer. We hand select only the most desirable pieces from a network of trusted vendors and clients who deal directly with the original manufacturers and retail boutiques. On top of this, every watch that we offer goes through a meticulous authentication process by a highly-trained watchmaker to ensure that it is in proper working order and uses all original parts that match the serial number on the original documentation.

## Warranty

New and pre-owned watches purchased from Wrist Aficionado are covered by either our complimentary 1







BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384                    CONTACT US

## Warranty

New and pre-owned watches purchased from Wrist Aficionado are covered by either our complimentary 1 year warranty or the remainder of the original manufacturer warranty on the watch. Our warranty covers manufacturing defects that impact the mechanical function of the watch. We do NOT cover cosmetic defects, normal wear and tear, loss, theft, or damage as a result of misuse, water damage, etc. Any third party service or modification completed after purchase will render this warranty null and void. Eligibility to process a warranty claim is determined at our sole discretion. Due to the nature of vintage watches and availability of parts, we cannot offer our warranty for vintage pieces.







## Concierge Service

Wrist Aficionado is dedicated to offering the highest level of service available. Owning your next timepiece begins





## Concierge Service

Wrist Aficionado is dedicated to offering the highest level of service available. Owning your next timepiece begins with a simple inquiry — via boutique visit, call, text, email, or even Instagram message. From there, one of our concierges will guide you through the process of selecting your next timepiece.

**Obtaining the unobtainable has never been so easy.**

YOU MIGHT ALSO LIKE





BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384    CONTACT US

**100% CERTIFIED AUTHENTIC**

**WRIST AFICIONADO WARRANTY**

Source Your Dream Watch  |  WhatsApp  |  Call Us

The Rolex Datejust 16014 is a timeless classic that seamlessly blends vintage appeal with modern customization. Originally crafted in stainless steel, this 36mm case features a white gold fluted bezel, adding a refined contrast to the sleek, understated profile of the Datejust. While this reference typically comes with an Oyster or Jubilee bracelet, this example has been fitted with a leather strap, offering a unique and personalized touch.

The standout feature is the aftermarket turquoise dial, which injects a bold, vibrant aesthetic into this vintage Datejust. The dial retains classic elements such as applied stick hour markers and the signature Cyclops lens over the date window at 3 o'clock, ensuring both style and functionality. Whether for vintage collectors or those seeking a fresh take on an iconic design, this customized Rolex Datejust 16014 is a striking and elegant statement piece.

*This timepiece is all original, contains an aftermarket turquoise dial, and comes with an additional leather strap.

Strap options:

| 1. Black | 2. Dark Brown |
| 3. Khaki Green | 4. Brown |
| 5. Beige | 6. White |
| 7. Navy Blue | 8. Lilac |



13. Light Grey

Learn more                                                     +

| Reference number | 16014 |
| --- | --- |
| Model | Datejust |
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Leather Strap |
| Dial | Aftermarket Turquoise |
| Case Diameter | 36mm |
| Year | Unknown |
| Condition | Pre-Owned (Very Good) |
| Box & Papers | Original Box Only |

BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384    CONTACT US

## WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

Home > Rolex > Rolex Datejust 16000 Stainless Steel Aftermarket Turquoise Dial

‹ Previous  Next ›



📷 TRY IT ON

# Rolex Datejust 16000 Stainless Steel Aftermarket Turquoise Dial

## $6,500.00

By **Rolex**

**ADD TO BAG**

| MAKE AN OFFER | SELL OR TRADE |

📍 BOUTIQUES IN **NYC**, **MIAMI** & **BEVERLY HILLS**

🎖 100% CERTIFIED AUTHENTIC

📑 WRIST AFICIONADO WARRANTY



BOUTIQUES IN **NYC**, **MIAMI** & **BEVERLY HILLS**

100% CERTIFIED AUTHENTIC

WRIST AFICIONADO WARRANTY

**Source Your Dream Watch**  |  **WhatsApp**  |  **Call Us**

The Rolex **Datejust** 16000 is a timeless classic that seamlessly blends vintage appeal with modern customization. Originally crafted in stainless steel, this 36mm case features a smooth bezel, adding a refined contrast to the sleek, understated profile of the Datejust. While this reference typically comes with an Oyster or Jubilee bracelet, this example has been fitted with a leather strap, offering a unique and personalized touch.

The standout feature is the aftermarket turquoise dial, which injects a bold, vibrant aesthetic into this vintage Datejust. The dial retains classic elements such as applied stick hour markers and the signature Cyclops lens over the date window at 3 o'clock, ensuring both style and functionality. Whether for vintage collectors or those seeking a fresh take on an iconic design, this customized Rolex Datejust 16000 is a striking and elegant statement piece.

*This timepiece is all original, contains an aftermarket turquoise dial, and comes with an additional leather strap.

Strap options:

| 1. Black | 2. Dark Brown |
| --- | --- |
| 3. Khaki Green | 4. Brown |



BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9384    CONTACT US

1. Black              2. Dark Brown

3. Khaki Green        4. Brown

5. Beige              6. White

7. Navy Blue          8. Lilac

9. Red                10. Powder Blue

11. Raspberry Pink    12. Pastel Pink

13. Light Grey

Learn more                                    +

| Reference number | 16000 |
| --- | --- |
| Model | Datejust |
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Leather Strap |
| Dial | Aftermarket Turquoise |
| Case Diameter | 36mm |



11. Raspberry Pink    12. Pastel Pink

13. Light Grey

Learn more                                                    +

| Reference number | 16000 |
| --- | --- |
| Model | Datejust |
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Leather Strap |
| Dial | Aftermarket Turquoise |
| Case Diameter | 36mm |
| Year | Unknown |
| Condition | Pre-Owned (Very Good) |
| Box & Papers | Original Box Only |





TRY IT ON

BOUTIQUES IN <u>NYC</u>, <u>MIAMI</u> & <u>BEVERLY HILLS</u>

100% CERTIFIED AUTHENTIC

WRIST AFICIONADO WARRANTY

<u>Source Your Dream Watch</u>  |  ☺ <u>WhatsApp</u>  |  <u>Call Us</u>

The Rolex <u>Datejust</u> 1603 is a timeless classic that seamlessly blends vintage appeal with modern customization. Originally crafted in stainless steel, this 36mm case features a white gold fluted bezel, adding a refined contrast to the sleek, understated profile of the Datejust. While this reference typically comes with an Oyster or Jubilee bracelet, this example has been fitted with a leather strap, offering a unique and personalized touch.

The standout feature is the aftermarket red dial, which injects a bold, vibrant aesthetic into this vintage Datejust. The dial retains classic elements such as applied stick hour markers and the signature Cyclops lens over the date window at 3 o'clock, ensuring both style and functionality. Whether for vintage collectors or those seeking a fresh take on an iconic design, this customized Rolex Datejust 1603 is a striking and elegant statement piece.

*This timepiece is all original, contains an aftermarket red dial, and comes with an additional leather strap.

Strap options:

| | |
|---|---|
| 1. Black | 2. Dark Brown |
| 3. Khaki Green | 4. Brown |
| 5. Beige | 6. White |



11. Raspberry Pink    12. Pastel Pink

13. Light Grey

Learn more                                                    +

Reference number                                            1603

Model                                                   Datejust

Movement                                               Automatic

Case Material                                       Stainless Steel

Bracelet Material                                      Leather Strap

Dial                                                Aftermarket Red

Case Diameter                                              36mm

Year                                                     Unknown

Condition                                    Pre-Owned (Very Good)

Box & Papers                                     Original Box Only





wristaficionado.com/collections/rolex/products/rolex-datejust-1601-stainless-steel-aftermarket-lavender-dial

BOOK AN APPOINTMENT    SHOP JEWELRY & BAGS    (646) 693-9310    CONTACT US

TRY IT ON

WRIST AFICIONADO WARRANTY

Source Your Dream Watch | WhatsApp | Call Us

The Rolex Datejust 1601 is a timeless classic that seamlessly blends vintage appeal with modern customization. Originally crafted in stainless steel, this 36mm case features a white gold fluted bezel, adding a refined contrast to the sleek, understated profile of the Datejust. While this reference typically comes with an Oyster or Jubilee bracelet, this example has been fitted with a leather strap, offering a unique and personalized touch.

The standout feature is the aftermarket lavender dial, which injects a bold, vibrant aesthetic into this vintage Datejust. The dial retains classic elements such as applied stick hour markers and the signature Cyclops lens over the date window at 3 o'clock, ensuring both style and functionality. Whether for vintage collectors or those seeking a fresh take on an iconic design, this customized Rolex Datejust 1601 is a striking and elegant statement piece.

*This timepiece is all original, contains an aftermarket lavender dial, and comes with an additional leather strap.

Strap options:

1. Black                2. Dark Brown

3. Khaki Green          4. Brown

5. Beige                6. White

7. Navy Blue            8. Lilac

9. Red                  10. Powder Blue

11. Raspberry Pink      12. Pastel Pink



11. Raspberry Pink    12. Pastel Pink

13. Light Grey

Learn more                                              +

| | |
|---|---|
| Reference number | 1601 |
| Model | Datejust |
| Movement | Automatic |
| Case Material | Stainless Steel |
| Bracelet Material | Leather Strap |
| Dial | Aftermarket Lavender |
| Case Diameter | 36mm |
| Year | Unknown |
| Condition | Pre-Owned (Very Good) |
| Box & Papers | Original Box Only |





WRIST AFICIONADO WARRANTY

Source Your Dream Watch  |  WhatsApp  |  Call Us

The Rolex Datejust 1603 is a timeless classic that seamlessly blends vintage appeal with modern customization. Originally crafted in stainless steel, this 36mm case features a white gold fluted bezel, adding a refined contrast to the sleek, understated profile of the Datejust. While this reference typically comes with an Oyster or Jubilee bracelet, this example has been fitted with a leather strap, offering a unique and personalized touch.

The standout feature is the aftermarket red dial, which injects a bold, vibrant aesthetic into this vintage Datejust. The dial retains classic elements such as applied stick hour markers and the signature Cyclops lens over the date window at 3 o'clock, ensuring both style and functionality. Whether for vintage collectors or those seeking a fresh take on an iconic design, this customized Rolex Datejust 1603 is a striking and elegant statement piece.

*This timepiece is all original, contains an aftermarket red dial, and comes with an additional leather strap.

Strap options:

| | |
|---|---|
| 1. Black | 2. Dark Brown |
| 3. Khaki Green | 4. Brown |
| 5. Beige | 6. White |
| 7. Navy Blue | 8. Lilac |
| 9. Red | 10. Powder Blue |
| 11. Raspberry Pink | 12. Pastel Pink |



11. Raspberry Pink    12. Pastel Pink

13. Light Grey

Learn more                                                    +

Reference number                                           1603

Model                                                   Datejust

Movement                                              Automatic

Case Material                                      Stainless Steel

Bracelet Material                                    Leather Strap

Dial                                              Aftermarket Red

Case Diameter                                             36mm

Year                                                    Unknown

Condition                                    Pre-Owned (Very Good)

Box & Papers                                     Original Box Only

## WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

5 results for 'artisans'

Relevance ⌄



Rolex Daytona Artisans De Genève "Poetry Of Lights" Rose Gold Emeralds

$235,000

Rolex Daytona Artisans De Genève Yellow Gold Full Lume Dial And Bezel

$183,000

Rolex Daytona Artisans [ Steel Full Lume Di

$120,000

Hi there! How can we help you? Tap here to chat with us.



$235,000                    $183,000                    $120,000

**Rolex Daytona Artisans De Genève Spike Lee Cool Hand Brooklyn Challenge (2022)**

$103,000

**Rolex Submariner Date 116610 'Artisans De Genève "Lefty" For John McEnroe' Limited Edition (2020)**

$93,600

Hi there! How can we help you? Tap here to chat with us.



# WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

## Rolex Daytona Artisans de Genève "Poetry of Lights" Rose Gold Emeralds

### $235,000.00

By Rolex

**ADD TO CART**

**MAKE AN OFFER**    **SELL OR TRADE**

BOUTIQUES IN NYC, MIAMI & BEVERLY HILLS

100% CERTIFIED AUTHENTIC





WRIST AFICIONADO

NEW ARRIVALS   BRANDS   COLLECTIONS   FIND & SELL   BOUTIQUES   ABOUT

📷 TRY IT ON

WRIST AFICIONADO WARRANTY

Source Your Dream Watch | WhatsApp | Call Us

The Rolex Daytona "Poetry of Lights" by Artisans de Genève is a masterful blend of artistic design and technical excellence. This watch features a skeletonized dial with hand-crafted elements that create a stunning interplay of light and shadow. Its rose gold case combines durability with elegance, while the intricate movement showcases the brand's commitment to traditional finishing. As a piece of wearable art, the "Poetry of Lights" captivates with its unique, starry night aesthetic and sophisticated craftsmanship, making it a standout for collectors and enthusiasts.

Learn more                                                        +

Reference number                                    C9X98556

Model                                    Artisans De Genève | Daytona

Movement                                                    Automa...




wristaficionado.com/products/rolex-daytona-artisans-de-geneve-poetry-of-lights-rose-gold-emerald

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT




| | |
|---|---|
| Reference number | C9X98556 |
| Model | Artisans De Genève \| Daytona |
| Movement | Automatic |
| Case Material | Rose Gold |
| Bracelet Material | Rose Gold |
| Dial | Skeletonized |
| Case Diameter | 40mm |
| Year | 2024 |
| Condition | New |
| Box & Papers | Original Box, Original Papers |
















# WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT



## 100% Authenticity Guarantee

All watches sold by Wrist Aficionado are guaranteed to be 100% authentic. We are NOT an authorized retailer due to the highly limited nature of the items and brands we carry. We hand select only the most desirable pieces from a network of trusted vendors and clients who deal directly with the original manufacturers and retail boutiques. On top of this, every watch that we offer goes through a meticulous authentication process by a highly-trained watchmaker to ensure that it is in proper working order and uses all original parts that match the serial number on the original documentation.

In the interest of ensuring the trust and safety of our clients, we will gladly authenticate any pieces you have purchased from other retailers as well. This complimentary evaluation is available at any one of our three physical boutiques — NYC, Beverly Hills, and Miami.



## WRIST AFICIONADO

NEW ARRIVALS     BRANDS     COLLECTIONS     FIND & SELL     BOUTIQUES     ABOUT

# Warranty

New and pre-owned watches purchased from Wrist
Aficionado are covered by either our complimentary 1 year
warranty or the remainder of the original manufacturer
warranty on the watch. Our warranty covers manufacturing
defects that impact the mechanical function of the watch.
We do NOT cover cosmetic defects, normal wear and tear,
loss, theft, or damage as a result of misuse, water damage,
etc. Any third party service or modification completed
after purchase will render this warranty null and void.
Eligibility to process a warranty claim is determined at our
sole discretion. Due to the nature of vintage watches and
availability of parts, we cannot offer our warranty for
vintage pieces.





WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT



## Concierge Service

Wrist Aficionado is dedicated to offering the highest level of service available. Owning your next timepiece begins with a simple inquiry — via boutique visit, call, text, email, or even Instagram message. From there, one of our concierges will guide you through the process of selecting your next timepiece.

**Obtaining the unobtainable has never been so easy.**





## WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

WRIST AFICIONADO WARRANTY

Source Your Dream Watch | WhatsApp | Call Us

The Rolex Daytona Artisans de Genève Yellow Gold with Full Luminescent Dial and Bezel is a luxurious custom piece that elevates the classic Daytona with a modern twist. Crafted in 18k yellow gold, it features a striking full luminescent dial and bezel that glow brightly in the dark, combining futuristic aesthetics with practical visibility. Despite its bold design, the watch maintains Rolex's high standards of precision and performance, making it a unique and elegant addition to any collection.

Learn more                                                                    +

| Reference number | C9X98556 |
|---|---|
| Model | Artisans De Genève | Daytona |
| Movement | Automa |

TRY IT ON



wristaficionado.com/products/rolex-daytona-artisans-de-geneve-yellow-gold-full-lume-dial-bezel



# WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT





| | |
|---|---|
| Movement | Automatic |
| Case Material | Yellow Gold |
| Bracelet Material | Yellow Gold |
| Dial | Luminescent |
| Case Diameter | 39mm |
| Year | 2024 |
| Condition | New |
| Box & Papers | Original Box, Original Papers |


















WRIST AFICIONADO

NEW ARRIVALS    BRANDS    COLLECTIONS    FIND & SELL    BOUTIQUES    ABOUT

# Rolex Daytona Artisans de Genève Stainless Steel Full Lume Dial and Bezel

## $120,000.00

By Rolex

**ADD TO CART**

**MAKE AN OFFER**    **SELL OR TRADE**

BOUTIQUES IN NYC, MIAMI & BEVERLY HILLS

100% CERTIFIED AUTHENTIC

