AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Southern District of New York__ on the following

☒ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:25-CV-6193 | DATE FILED<br>7/28/2025 | U.S. DISTRICT COURT<br>Southern District of New York |
|---|---|---|
| PLAINTIFF<br>ROLEX WATCH U.S.A., INC., | | DEFENDANT<br>WRIST AFICIONADO LLC, WRIST AFICIONADO HOLDING LLC, WRIST AFICIONADO MIAMI LLC, WRIST AFICIONADO BEVERLY HILLS LLC, EDWARD GOZIKER, and VADIM YAKUBOV |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See Attachment A. | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

**ATTACHMENT A**

| TRADEMARK NO. | TRADEMARK | HOLDER TRADEMARK |
|---|---|---|
| 0,101,819 | 1/12/1915 | Rolex Watch U.S.A., Inc. |
| 4,458,519 | 12/31/2013 | Rolex Watch U.S.A., Inc. |
| 0,239,383 | 3/6/1928 | Rolex Watch U.S.A., Inc. |
| 0,520,309 | 1/24/1950 | Rolex Watch U.S.A., Inc. |
| 0,657,756 | 1/28/1958 | Rolex Watch U.S.A., Inc. |
| 1,755,226 | 3/2/1993 | Rolex Watch U.S.A., Inc. |
| 0,674,177 | 2/17/1959 | Rolex Watch U.S.A., Inc. |
| 0,683,249 | 8/11/1959 | Rolex Watch U.S.A., Inc. |
| 0,733,081 | 6/19/1962 | Rolex Watch U.S.A., Inc. |
| 0,860,527 | 11/19/1968 | Rolex Watch U.S.A., Inc. |
| 0,875,616 | 8/26/1969 | Rolex Watch U.S.A., Inc. |
| 1,105,602 | 11/7/1978 | Rolex Watch U.S.A., Inc. |
| 1,749,374 | 1/26/1993 | Rolex Watch U.S.A., Inc. |
| 1,782,604 | 7/20/1993 | Rolex Watch U.S.A., Inc. |
| 1,960,768 | 3/5/1996 | Rolex Watch U.S.A., Inc. |
| 2,331,145 | 3/21/2000 | Rolex Watch U.S.A., Inc. |
| 2,445,357 | 4/24/2001 | Rolex Watch U.S.A., Inc. |
| 2,518,894 | 12/18/2001 | Rolex Watch U.S.A., Inc. |
| 2,953,542 | 5/17/2005 | Rolex Watch U.S.A., Inc. |
| 2,985,308 | 8/16/2005 | Rolex Watch U.S.A., Inc. |
| 7,774,629 | 4/29/2025 | Rolex Watch U.S.A., Inc. |