

One North Lexington Avenue, Suite 1200
White Plains, New York 10601
**T**  914.821.3075
reuber@leasonellis.com

**Cameron S. Reuber**
PARTNER & CHAIR OF LITIGATION PRACTICE

August 26, 2025

<u>VIA ECF</u>

The Honorable Ronnie Abrams
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Rolex Watch U.S.A., Inc. v. Wrist Aficionado LLC, Wrist Aficionado Holding LLC, Wrist Aficionado Miami LLC, Wrist Aficionado Beverly Hills LLC, Edward Goziker, and Vadim Yakubov,*
C.A. No.: 25-CV-6193-RA (S.D.N.Y.)

Dear Judge Abrams:

We represent all of the named Defendants in the above-referenced matter, namely, Wrist Aficionado LLC, Wrist Aficionado Holding LLC, Wrist Aficionado Miami LLC, Wrist Aficionado Beverly Hills LLC, Edward Goziker, and Vadim Yakubov (collectively, "Defendants").  We write, in cooperation with Plaintiff's counsel, to advise the Court that service of process has been accepted and, further, that all defendants are waiving any service-based defenses or other issues that may delay issue being timely joined.  Further, Defendants write to advise the Court that Plaintiff has complied with its service obligations pursuant to the Court's Order and Notice of Initial Conference dated July 31, 2025 (*Dkt*. 24).  Defendants are aware of the Court's prior orders and will fully comply.

Further to the above, the undersigned respectfully requests that the Court set a consolidated deadline of <u>September 30, 2025</u> for all Defendants to respond to the Complaint.  In the interim, we will familiarize ourselves with the dispute and explore potential resolution thereof.  To that end, Defendants further request that the Court adjourn the initial pretrial conference currently scheduled for <u>October 3, 2025</u> at 2:00 p.m. to a later date convenient to the Court.  Having reviewed the Court's initial schedule order, the parties understand that the deadline for submission of a joint letter and proposed case management plan shall be due one week prior to the rescheduled conference.

These are the first such requests made by Defendants in this matter and the relief sought, once granted, should not impact any other deadlines in this matter beyond those identified herein.  The relief requested shall be used for no other purpose but facilitating the preparation of an informed defense and exploring the potential obviation thereof, both of which will promote judicial efficiency and convenience for all parties and the Court.  Indeed, these requests are made in full cooperation with Plaintiff's counsel, who consent to same.

If the Court requires additional information, it will be timely supplied.  Otherwise, per § 1(D) of your Individual Rules & Practices, the undersigned respectfully requests the above-stated relief.

Respectfully submitted,

*Cameron S. Reuber*
Cameron S. Reuber

cc: Counsel of record (via ECF)

{05333/620057-000/03567612.1}

Application granted.  The initial teleconference is adjourned to October 24, 2025 at 2:00 p.m.  The parties shall file their joint letter and case management plan one week in advance.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 27, 2025