UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLEX WATCH U.S.A., INC,

                Plaintiff,

        v.

WRIST AFICIONADO LLC, WRIST
AFICIONADO HOLDING LLC, WRIST
AFFICIONADO MIAMI LLC, WRIST
AFICIONADO BEVERLY HILLS LLC,
EDWARD GOZIKER, and VADIM
YAKUBOV,

              Defendants.

No.  25-CV-6193 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the Court's order granting the parties' request for an extension of the discovery deadlines in this case, *see* Dkt. 43, tomorrow's previously-scheduled post-fact-discovery conference is hereby adjourned to May 29, 2026 at 11:00 a.m.

Unless the parties request otherwise, the Court will hold this conference by telephone.  The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735.  This conference line is open to the public.

SO ORDERED.

Dated:    February 26, 2026
          New York, New York

                              Ronnie Abrams
                              United States District Judge