UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLEX WATCH U.S.A., INC,

Plaintiff,

v.

WRIST AFICIONADO LLC, WRIST AFICIONADO HOLDING LLC, WRIST AFFICIONADO MIAMI LLC, WRIST AFICIONADO BEVERLY HILLS LLC, EDWARD GOZIKER, and VADIM YAKUBOV,

Defendants.

No. 25-CV-6193 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of Magistrate Judge Moses's order setting a status conference for July 30, 2026 regarding potential discovery disputes, *see* Dkt. 57, the post-fact-discovery conference previously scheduled for July 24, 2026 is hereby adjourned *sine die*. The parties shall promptly advise the Court as to their availability for a conference following the close of fact discovery.

SO ORDERED.

Dated: July 21, 2026
New York, New York

Ronnie Abrams
United States District Judge