Sheppard

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/23/26

July 22, 2026

Tyler E. Baker
+1.212.634.3048
tbaker@sheppard.com

**VIA ECF**

The Honorable Barbara Moses
U.S. District Court for the S.D.N.Y
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

**MEMO ENDORSED**

Re: *Rolex Watch U.S.A., Inc. v. Wrist Aficionado LLC, et al.*
Case No. 1:25-cv-06193-RA

Dear Judge Moses:

This firm is counsel to Plaintiff Rolex Watch U.S.A., Inc. ("Rolex") and we write jointly with counsel for Defendants, pursuant to Your Honor's June 29, 2026 Order Regarding General Pretrial Management and Discovery Dispute [Dkt. No. 57] (the "June 29 Order") and Section 2(a) of Your Honor's Individual Practices, to request an adjournment of the July 30, 2026 status conference in order for the parties to explore whether a settlement of this action may be possible.

In the June 29 Order, Your Honor set a status conference on July 30, 2026 at 10:00 a.m. and directed the parties to submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts, by no later than tomorrow, July 23, 2026. *See* Dkt. No. 57 at 3. Since that time, the case has evolved to a point where Plaintiff believes it can now tender a settlement proposal to Defendants that would, if accepted, resolve all claims and eliminate the need for further proceedings, inclusive of certain unresolved discovery disputes. Accordingly, the parties respectfully request that the July 30, 2026 status conference be adjourned for approximately two weeks to permit the parties to better assess and advance the prospect and particulars of settlement, to either **August 12 or August 13**, as the Court may prefer, with a joint status letter due no later than **Friday, August 7**. There have been no prior requests for adjournment of the status conference, and the requested extension does not affect other case dates/deadlines. The parties thank the Court for its consideration of this request.

Application GRANTED. The status conference previously scheduled for July 30, 2026 is ADJOURNED to **August 13, 2026 at 10:00 a.m.** The parties' joint status letter is due no later than **August 6, 2026**. All other provisions of this Court's June 29, 2026 Order remain in effect. *See* Dkt. 57.

SO ORDERED.

July 23, 2026

**Barbara Moses, U.S.M.J.**

Respectfully submitted,

Tyler E. Baker
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP