USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/13/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLEX WATCH U.S.A., INC.,
Plaintiff,
-against-
WRIST AFICIONADO LLC, et al.,
Defendants.

25-CV-6193 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's status and discovery conference:

1. Document Production: Defendants must produce the complete document families related to the 7,046 documents already produced to plaintiff, *see* 8/7/26 Joint Letter (Dkt. 65) at 1, to the extent that those family members have not already been produced.

2. Interrogatory No. 16: In further response to Interrogatory No. 16, plaintiff must supplement Attachment A, *see* 8/7/26 Joint Letter at ECF pp. 22-28, to include a column listing, in summary fashion, the factual basis for plaintiff's contention that each specific watch infringes plaintiff's marks, is counterfeit, is misleading as to origin/description, and/or constitutes unfair competition.

3. Interrogatories Nos. 18, 20-23: In its forthcoming expert report, plaintiff must substantially respond to defendants' damage interrogatories, *see* 8/7/26 Joint Letter at 4 & ECF pp. 12-17, to the extent that the interrogatories relate to categories of damages on which the expert opines. To the extent plaintiff seeks a category of damages not addressed by its expert witness (*e.g.*, statutory damages), plaintiff must substantially answer the interrogatories as to that category by the close of expert discovery.

The discovery schedule (*see* Dkt. 48) is EXTENDED as follows:

4. Fact Discovery: All remaining fact discovery, including depositions, must be completed no later than **September 14, 2026**.

5. Expert Discovery: Expert discovery, including depositions of experts, must be completed no later than **November 13, 2026**.

Dated: New York, New York
August 13, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**