UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLEX WATCH U.S.A., INC.,

Plaintiff,

v.

WRIST AFICIONADO LLC, WRIST AFICIONADO HOLDING LLC, WRIST AFICIONADO MIAMI LLC, WRIST AFICIONADO BEVERLY HILLS LLC, EDWARD GOZIKER, and VADIM YAKUBOV,

Defendants.

25-CV-6193 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of Judge Moses's August 13, 2026 order extending fact discovery deadline to September 14, 2026, Dkt. 66, counsel for all parties shall appear for a post-fact discovery conference on September 18, 2026 at 4:00 p.m. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735. This conference line is open to the public. No later than September 15,2026, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated: September 11, 2026
New York, New York

Ronnie Abrams
United States District Judge